IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                        Criminal Action No.
                                                                        21-00076-01-CR-W-GAF

EUGENE S. PARKS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Count I:    Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c)
                                      Count II:   Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i)
                                      Count III:  Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
    Government: Byron Black
        Case Agent: KCPD Detective Adam Hill
    Defense:    Matthew Merryman

**OUTSTANDING MOTIONS**:    None

**ANTICIPATED MOTIONS**:    Defendant intends to file a motion in limine.

**TRIAL WITNESSES**:
    Government:    8 with stipulations; 10 without stipulations
    Defense:        1 witness, including Defendant who will not testify

**TRIAL EXHIBITS**:
    Government:    40 exhibits
    Defense:        No additional exhibits

**DEFENSES**:
    (X)    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial                              (  ) Possibly for trial
    (  ) Motion to continue to be filed        (  ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    (X)    likely as to:
        (  )    chain of custody
        (X)    chemist's reports
        (  )    prior felony conviction
        (X)    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None


**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: November 21, 2022
    Defense: November 21, 2022
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: November 21, 2022
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: November 21, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing December 5, 2022
    **Please note**:
Government counsel requests week two (December 12 – 16, 2022) of the docket because he will be unavailable December 6 – 9, 2022, due to an immovable conflict.

If trial commences during week two of the docket, defense counsel requests that trial begin Monday, December 12, 2022.

**OTHER**:
      ( )    A _____-speaking interpreter is required.
      ( )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                                    */s/ Jill A. Morris*
                                                    JILL A. MORRIS
                                                    United States Magistrate Judge